# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>A 2003 green and tan Subaru Outback,<br>VIN 4S3BE896X37202159, no license plate,<br>further described in Attachment 1 | )<br>)<br>)  Case No. **3:25-mc-00487**<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

A 2003 green and tan Subaru Outback, VIN 4S3BE896X37202159, no license plate, further described in Attachment 1

located in the _____ District of _____ Oregon _____ , there is now concealed *(identify the person or describe the property to be seized):*

The information and items set forth in Attachment B hereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(b) | Bank Larceny; Conspiracy |

The application is based on these facts:

See affidavit which is attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Richard R. Snider, Special Ageny, FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at 10:53 am _____ *(specify reliable electronic means).*

Date: _____ 04/29/2025 April 30, 2025 yyy

*Youlee Yim You*
_____
*Judge's signature*

City and state:  Portland, Oregon

HON. YOULEE YIM YOU, U.S. Magistrate Judge
_____
*Printed name and title*

DISTRICT OF OREGON, ss:          AFFIDAVIT OF RICHARD R. SNIDER

### Affidavit in Support of an Application
### Under Rule 41 for a Search Warrant

I, Richard R. Snider, being first duly sworn on oath, depose and state:

## PURPOSE OF THIS AFFIDAVIT

1.      I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been since June 2014.  I am an investigative or law enforcement officer of the United States, within the meaning of Title 18, United States Code ("USC"), who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18 and Title 21 of the USC.

2.      Since September 2021, I have been assigned to the FBI Southeast Washington Safe Street Task Force ("SEWASSTF") as the Task Force Coordinator, which combines investigative and administrative functions of the SEWASSTF.  In this role, I work investigations involving drug trafficking. During this time, I have also worked a variety of criminal violations, including financial crimes and violent crimes against children.  In September 2020, I transferred to the Seattle Division, Tri-Cities Resident Agency for a role covering general criminal offenses.

3.      Prior to my assignment to the Seattle Division, I was assigned to the FBI's Indianapolis Division.  Between 2014 and 2020, I was assigned to three squads, including a Safe Streets Task Force ("SSTF"), a Public Corruption & Civil Rights squad, and a Counterintelligence Squad.  While on the SSTF between November 2014 and May 2015, I primarily worked on drug trafficking investigations.  After transitioning squads in 2015, I

continued to lead or assist many executions of search warrants involving drug trafficking during my remaining time in Indianapolis.

4.      In 2014, I received training in complex investigations while attending the FBI Academy for approximately five months in Quantico, Virginia.

5.      I submit this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search a 2003 green and tan Subaru Outback, bearing Vehicle Identification Number (VIN) 4S3BE896X37202159, with no license plates or registered owner, and hereinafter referred to as ("**SV1**").  **SV1** is further described in Attachment A, which is incorporated by reference.

6.      As detailed herein, I believe the users of **SV1** were involved in bank larceny activities and conspiracy to do the same in the Eastern District of Washington, the District of Oregon, and potentially elsewhere, in violation of 18 U.S.C § 2113(b).  I also believe **SV1** was used to facilitate bank larceny in the Eastern District of Washington and in the District of Oregon between April 5th and April 6th, 2025.  **SV1** was abandoned in Umatilla County in the District of Oregon after the crimes, and I believe there is probable cause that a search of **SV1** may help provide identities of the users of **SV1** and links to bank larceny activities.  I also believe there is probable cause that items listed in Attachment B, which is also incorporated by reference, are likely to be found within **SV1**.

7.      In my experience as a law enforcement officer, I have assisted in investigations and sworn to affidavits that have resulted in the issuance and execution of search warrants resulting in the seizure of evidence, and the arrests and convictions of individuals.

8.      I am familiar with the facts set forth in this affidavit based on my own observations, other law enforcement officers, and private businesses, including individuals from

Baker Boyer Bank, who have participated in, or contributed to, this investigation. I have been made aware of the observations of these other parties through meetings and personal discussions with them and through reading reports prepared or endorsed by them. These parties include, but are not limited to, those named in this affidavit. I have not included each and every fact known to me and/or other law enforcement officers and witnesses. I have only included sufficient information to establish probable cause to obtain the requested search warrant.

## INVESTIGATION

9.      On April 8, 2025, I met with executives from Baker Boyer Bank at their corporate office, located at 7 W Main, Walla Walla, Washington 99362. Executives provided information regarding larceny from three of their Automatic Teller Machines (ATMs), with losses totaling approximately $198,040.

10.      The crimes, known as Jackpotting, followed common processes observed in other Jackpotting cases. Jackpotting often follows these basic themes:

   a. ATMs are accessed with generic physical keys used for the target models. The keys may be purchased online through resellers.
   b. Physical access to the ATM does not provide cash from the vault below but provides a way to install malware to override the ATM system in place.
   c. Once malware is installed, Bluetooth connectivity is used to communicate with the malware to dispense cash, often in increments of $500 until the vault is empty.

11.      Video surveillance of all three locations showed the same vehicle that appeared to be **SV1**. As shown in Attachment A, **SV1** had a large dent in the driver's door; a small dent above the driver's window; paint damage and rust above the rear, driver's-side tire; and scuffs on the back bumper. Along with this damage, the **SV1** had two-tone paint, a sunroof, rear spoiler, and black rims that were all consistent with the vehicle used at all three ATM locations.

**Affadavit of Special Agent Richard R. Snider**                                                    **Page 3**

Additionally, a Grease Monkey oil change sticker was visible in the upper, driver's-side corner of the windshield of **SV1**.

    12.     The following are examples of photos provided by Baker Boyer Bank, which depict the vehicle used in all three thefts:



    13.     During the ATM thefts, the vehicle, clearly a Subaru Outback, had a Colorado license plate, CEJ064, that was previously used on an Infiniti sedan and had no current or historical registration for **SV1**.  When **SV1** was found abandoned, it had no license plates.

    14.     Surveillance video from all three ATM thefts showed multiple individuals in **SV1** who were dressed in black, hooded sweatshirts and wore masks and gloves.  At least one

individual got out of **SV1** as part of each process of stealing from the three ATMs.  The individual would get back into **SV1** prior to **SV1** leaving the surveillance video.

15.    On April 5, 2025, between approximately 8:25 p.m. and 10:06 p.m., approximately $93,480 was stolen from a Baker Boyer Bank drive-thru ATM at 1530 Plaza Way, Walla Walla, in the Eastern District of Washington.

16.    On April 6, 2025, between approximately 12:08 a.m. and 1:43 a.m., approximately $60,640 was stolen from a Baker Boyer Bank drive-thru ATM at 1931 E Isaacs Avenue, Walla Walla, in the Eastern District of Washington.

17.    On April 6, 2025, between approximately 2:13 a.m. and 3:22 a.m., approximately $43,920 was stolen from a Baker Boyer Bank drive-thru ATM at 320 N Columbia Street, Milton-Freewater, in the District of Oregon.

18.    On April 6, 2025, at approximately 4:08 a.m., four males arrived at Arrowhead Travel Plaza, located at 72485 Highway 331, Pendleton, Oregon.  This was a logical gas station to stop at when heading south from Milton-Freewater, where the last ATM theft occurred.  The individuals arrived in a Saturn Aura sedan with Colorado license plate DHBR57, registered to a female living in Colorado.  Three of the four males were wearing dark clothing.  After comparison of shoes, a red watch, and physical builds, three of the individuals from the Saturn were likely involved in the ATM thefts.  The additional male in the Saturn may have acted as a lookout during the thefts.  The Saturn left the Arrowhead Travel Plaza with all four males at approximately 4:21 a.m.

19.    On April 6, 2025, at approximately 12:34 p.m., a Trooper from Oregon State Police placed an orange notice (Form 56) on the rear window of **SV1** that said the vehicle will be towed and impounded if it was not removed by 12:34 p.m. on April 7, 2025.  **SV1** had been left

**Affadavit of Special Agent Richard R. Snider**                                      **Page 5**

on the side of the road near the intersection of State Route (SR) 11 and SR 331 in a remote location of Pendleton, Oregon.  This location was between where the ATM thefts occurred and the Arrowhead Travel Plaza.  The license plates had been removed, and all four tires were flat.

20.    On April 8, 2025, **SV1** remained at its abandoned location.  After communication with Baker Boyer Bank and various law enforcement, the connection was made between **SV1** and the three ATM thefts.

21.    In anticipation of this search warrant, **SV1** was towed to an Oregon State Police storage location at 618 Airport Road, Pendleton, Oregon 97801 and sealed with evidence tape.

## **CONCLUSION**

22.    Based on the foregoing, I have probable cause to believe, and I do believe that contraband/evidence/fruits/instrumentalities of the larceny offenses, as described above and in Attachment B, are presently located in SV1, which is described above and in Attachment A.  I therefore request that the Court issue a warrant authorizing a search of SV1 described in Attachment A for the items listed in Attachment B and the seizure and examination of any such items found.

23.    Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested search warrant were all reviewed by Assistant United States Attorney Julia E. Jarrett. I was informed that it is AUSA Jarrett's opinion that the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance of the requested warrant.

///

///

**Affadavit of Special Agent Richard R. Snider**                                    **Page 6**

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

*By phone pursuant to Fed. R. Crim. P. 4.1*
RICHARD R. SNIDER
Special Agent, FBI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __10:51 am__ a.m./p.m. on April 30, 2025.

*Youlee Yim You*
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

**Affadavit of Special Agent Richard R. Snider**                    **Page 7**

## ATTACHMENT "A"

### Description of Item/Location to be Searched

A 2003 green and tan Subaru Outback, bearing Vehicle Identification Number (VIN) 4S3BE896X37202159, with no license plates or registered owner, and abandoned near SR-331 and SR-11.  **SV1** is currently being stored by OSP, at 618 Airport Rd., Pendleton, Oregon.





## ATTACHMENT "B"

## List of Items to be Seized

From SV1, described in Attachment A of this warrant, the government is authorized to search for and seize the following items, which may aid in the identification of subjects or be evidence, instrumentalities, and/or fruits of the commission of the following crimes:  bank larceny activities and conspiracy to do the same, in violation of 18 U.S.C § 2113(b), including the following:

a.  Any items of personal identification.

b.  Any clothing, gloves, hats, or face coverings.

c.  Any receipts or invoices.

d.  Any documents or items related to travel.

e.  Anything providing links to financial institutions.

f.  Any communication or Bluetooth-compatible devices.

g.  Any electronic media, storage devices, or hard drives.  Any devices that could connect to an ATM machine physically or remotely and act as malware.

h.  Any photographs, including still photos, negatives, slides, video recordings, films, undeveloped film, memory cards, and contents therein.

i.   Any written communication or notes.

j.   United states and foreign currency.

k.   Physical keys.

l.   Any locked or unlocked container to include the contents therein.

m.   DNA or fingerprints.

n.   Any smartphones, cellular phones, or tablets.  A subsequent search

warrant shall be requested to search the contents of any

smartphones, cellular phones, or tablets.